■ L & H Plywood City, Inc., Appellant, v Orange & Rockland Utilities, Inc., Respondent. In an action to declare certain contracts void and unenforceable, plaintiff appeals from a judgment of the Supreme Court, Rockland County, entered February 18, 1975, after a nonjury trial, except from the first decretal paragraph thereof. Judgment affirmed insofar as appealed from, with costs, on the opinion of Mr. Justice O'Gorman at Special Term. Martuscello, Acting P. J., Cohalan, Margett, Damiani and Rabin, JJ., concur.

■ Theresa Liggieri et al., Respondents, v Estelle Pasternack, as Administratrix of the Estate of Sidney Pasternack, Deceased, Respondent, and Ruth Schleicher, Individually and Doing Business as Dial-A-Cab, et al., Appellants.—In a negligence action to recover damages for personal injuries, etc., appellants appeal, as limited by their brief, from so much of an interlocutory judgment of the Supreme Court, Kings County, dated August 28, 1974, as is in favor of plaintiffs and against them, after a jury trial limited to the issue of liability only. Interlocutory judgment affirmed insofar as appealed from, with one bill of costs jointly to respondents appearing separately and filing separate briefs. The evidence adequately supports the findings of the jury (see *Pfaffenbach v White Plains Express Corp.,* 17 NY2d 132). Further, the charge was both fair and adequate. Martuscello, Acting P. J., Cohalan, Margett, Damiani and Rabin, JJ., concur.